LUELLA KOONS, RESPONDENT, v. BOARD OF COMMISSIONERS OF THE CITY OF ATLANTIC CITY, APPELLANT.

Submitted October 25, 1946—Decided January 17, 1947.

For the appellant, *Leon Leonard* and *Chaim H. Sandler.*

For the respondent, *Powell & Parker* and *Robert W. Criscuolo.*

PER CURIAM.

The judgment under review herein is affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Heher in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, BODINE, WACHENFELD, EASTWOOD, WELLS, RAFFERTY, DILL, FREUND, McLEAN, JJ.  12.

*For reversal*—None.